IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HAO VAN LE, #20881-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv286 |
| | § | CRIMINAL ACTION NO. 4:13cr048(1) |
| UNITED STATES OF AMERICA | § | |

**ORDER ADOPTING THE
UNITED STATES MAGISTRATE JUDGE'S
INITIAL REPORT AND RECOMMENDATION**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Movant's motion for default judgment (Dkt. # 12) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Movant's motion for default judgment (Dkt. # 12) is **DENIED**.

SIGNED this 10th day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE